UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIAM R. WATSON,  CIVIL NO. 05-412 (JNE/JSM)

    Petitioner,

v.  ORDER

UNITED STATES OF AMERICA,

    Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated April 27, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Application for a Writ of Habeas Corpus [Docket No. 1] is **DISMISSED WITH PREJUDICE**.

Dated: May 23, 2006

                                            s/ Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Court Judge